**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| WILLIAM GOOSBY, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:21-cv-340 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| FRANK KENDALL, SECRETARY, UNITED STATES DEPARTMENT OF THE AIR FORCE, | : : : | |
| | : | |
| Defendant. | : | |

**ENTRY AND ORDER GRANTING JOINT MOTION OF PARTIES FOR STAY OF CALENDAR DATES (DOC. NO. 26)**

This matter is before the Court on Joint Motion of Parties for Stay of Calendar Dates ("Motion"). (Doc. No. 26.) Pursuant to Fed. R. Civ. P. 6(b) and S.D. Ohio Local Rule 6.1(b), and the Court's inherent authority to stay proceedings, *Landis v. N. Am. Co.*, 299 U.S. 248, 254, 57 S. Ct. 163, 166 (1936), the Court **GRANTS** the Motion and **STAYS FOR 90 DAYS** all deadlines and calendar dates, except deadlines and calendar dates that apply to an anticipated Court-facilitated settlement conference. Should the Parties' attempt at extrajudicial resolution be unsuccessful, then the Parties are **ORDERED** to file a joint motion to lift stay with a proposed calendar for dispositive motion briefing, trial, and any other related deadlines within seven (7) days of any unsuccessful mediation or settlement conference.

**DONE** and **ORDERED** in Dayton, Ohio, this Monday, February 26, 2024.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE