IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| WILLIAM GOOSBY, | Case No. 3:21-cv-340 |
| Plaintiff, | District Judge Thomas M. Rose |
| v. | Magistrate Judge Peter B. Silvan, Jr. |
| FRANK KENDALL, SECRETARY, UNITED STATES DEPARTMENT OF THE AIR FORCE, | |
| Defendant. | |

### ORDER

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), and for good cause shown, the Court **GRANTS** the Joint Motion of Parties to Extend Deadline to File Dismissal Entry and Date for Telephone Status Conference (ECF No. 31). The deadline to file a dismissal entry is extended to and including August 5, 2024, and the telephone status conference set for June 26, 2024 is **VACATED** and **RESET** for August 29, 2024 at 10:30am, unless mooted by the filing of a dismissal entry sooner. All other dates related to summary judgment, trial, and related deadlines are held in abeyance.

**IT IS SO ORDERED.**

Date: June 7, 2024

s/ *Thomas M. Rose*
_____
Honorable Thomas M. Rose
United States District Judge